ACCEPTED
05-14-01180-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/30/2015 5:43:55 AM
LISA MATZ
CLERK

**APPELLATE NO. 05-14-01180-CV**

**IN THE FIFTH COURT OF APPEALS**

**DALLAS, TEXAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

9/30/2015 5:43:55 AM

LISA MATZ
Clerk

**SHERRY RHODES**

**V.**

**JAMES ANDREW AIKENS AND NANCY AIKENS**

**IN THE INTEREST OF M.A.A.**

---

**APPELLANT REQUEST PERMISSION TO ENTER**

**NOTICE OF SCRIVENER'S ERRORS**

---

**Sherry Rhodes**
**2001 Logan's Pointe**
**Mount Vernon, Texas  75457**
**214 530 7501**

<u>**TO THE JUSTICES OF THE COURT:**</u>

It is with great embarrassment and humility that Appellant Pro Se (Rhodes) files this Request to **Notice** pursuant to Doctrine of Scrivener's Error. Request is not to prejudice party, as Appellee's have effectively failed to timely file brief as Ordered. Nor is request intended to burden Court, delay review or submission. But instead, to offer to the Court easier maneuvering through Plaintiff's Brief for analysis and review due to clerical err, and/or Supplemental index reference without Volume identification. No issue or content is compromised in Appellant's brief by this notice.

**Statement:**

During the time Rhodes starting preparing her brief, she was receiving index information that she believed incomplete. Requested supplements to the original index started trickling without Volume Cover to Appellant. The Deputy Clerk recognized the problem, and sent Vol. 1-3 Supp Indexes with identification Cover in May of 2015. Another Index was received June 17 without a Volume. In June 30th brief, Rhodes used the Index document numbers, presumed to be first volume in new Suits and recusal issues. Today, September 29, upon request, it was resent with Cover as Suppl. Vol. 4. By May and June, Appellant had initiated suits in district yielding appeal, approaching hearings, facing new issues and deadlines in COA, and time was an elusive commodity. Rhodes admits to being overwhelmed as she maneuvers thru system attempting legalese.

1

## IF IT PLEASES THE COURT:

Appellant would like to offer more complete Supplemental information, inclusive of Supplemental 4 received today to assist the court by Volume reference as shown on "List". **See List, Exhibit A, Section One.**

**Further**, Appellant, accepting responsibility and consequence, is beyond embarrassment that she also drafted inadvertent err in other references. She recognizes her difficulties in this area, and that she no longer has the full range of professional capabilities which she has retained proudly her whole life. **See List, Exhibit A, Section Two.**

Appellant, Rhodes, Pro Se, humbled, extends her apologies for burdening this Court with such trivial matter, and unintentionally tasking Court's review of Rhodes' brief; or with this Request when Court has such important matters before the Justices.

### Prayer and Request

It is for these reasons that Appellant offers the Court this Request and Notice, and ask the court allow err information for reference specifically to assist the Court in review. Any alternative determination will be graciously accepted.

Respectfully Submitted by:

*/s/ Sherry Rhodes*

Sherry Rhodes, Plaintiff Pro Se

Attached is Exhibit A List

2

## Certificate of Conference

It is on this day of filing that Appellant attempts to confer with the parties, Mayor Pruitt Counsel for Andy and Nancy Aikens, presumed opposed, Matthew Aikens, unavailable, and Breena Nichols Rhodes, not opposed.

*/s/ Sherry Rhodes*

## Certificate of Service

It is on this day of filing the Appellant service the parties by efile service, email, and/or fax.

*/s/ Sherry Rhodes*

*CR means Clerk's Records; SCR means Supplemental Clerk Records; RR means Reporter's Records*

The new references does not affect word count or length of June 30th brief amended July 8, 2015.

## SECTION ONE: COMPLETE SUPPLEMENTAL VOLUME REFERENCES

Pg ix, ...Motion to Recuse ref [CR469] ***should read*** [4SCR469], and Supplemental to Motion to Recuse [CR555] ***should read*** [4SCR555];

Pg ix, Regional denied supplemental motion to recuse...[CR575] ***should read*** [4SCR575]

Pg ix, Regional vacated supplemental motion to recuse...[CR617] ***should read*** [4SCR620]

Pg ix, submitted Petition for referral...[CRsupp59] ***should read*** [ 4SCR59]

Pg 5, 3rd para, ...enforcement to join. [CR317; Suppl 135;150] ***should read*** [CR317; 1SCR135;150]

Pg 9, lst para, ...Motion to Reconsider (supp4;CR474) ***should read*** [2SCR4; CR474]

Pg 10, 2nd para...general standing order...[CRsupp.Index #219] ***should read*** [1SCR219]

Pg 11, 2nd para...not allowed..with lead [CR317; Suppl 135;150] ***should read*** [CR317; 1SCR135;150]

Pg 35, 4th line, *... 2015 Index Sup 399, and Aff. 626;* ***should read*** *4SCR399, and Aff. 4SCR626;*

Pg 35, ...motion to reconsider reference ***should read*** [2SCR4; CR648, 836]

Pg 41, ...father service...[CR supp 178, 189] ***should read*** [1SCR 178; 189]

Pg 41,...Request for Clarification...[CR Sup 253] ***should read*** [1SCR253]

Pg 49, ...declared indigent by court.[CR supp. 30, 32, 80] ***should read*** [1SCR 30,32,80]

Pg 57, ...Notice of Appeals. [CR584] ***should read*** [4SCR584]; and [CR59] ***should read*** [4SCR59];

pg 58, ...reference to [CR555]... [CR469; 484]… [CR620; 621] ***should read*** [4SCR555], [4SCR469; 484], [4SCR620; 621].

## SECTION TWO: INADVERTENT ERRs

Pg ix, first line... ref [CR324] ***should read*** [CR234]

Pg ix, Motion to Enforce denied...[CR959] ***should read*** [CR859];

Pg 1, … referenced to August 9, 2009 ***should read*** August 10, 2009.

Pg 5, 2nd para, ...pick up...with Rhodes [3CR79,81] ***should read*** [3RR79,81]

Pg 6,  1st para, 5th ln...[CR49-51] ***should read*** [3RR49-51]

Pg 10, lst para, ...and on social security [CR136-160] ***should read*** [3RR136-160];

Pg 15, ...in violation of 14 USC1512 (b)-(k) ***should read*** 18 USC1512 (b)-(k).

*(Note: the correct reference made in brief's Index of Authorities.)*

Pg 22, No. 9*, reference to [CR139]* ***should read*** *[CR186]*

Pg 36, 8.b.  *CR466… **should read** CR446.*

Pg 55, ..."found it" [CR29,30,81] ***should read*** [6RR29,30,81]

Pg 56, …Concl. 3 reference to [CR466] ***should read*** [CR446]

Pg 56, Sec X, ...reference to denying... New Trial [CR880] ***should read*** [CR860]

Pg 57, ln 4,5...lack of authority..[CR4-7, 17-21] ***should read*** [4RR4-7, 17-21].